■ In the Matter of IDA BENDER, Petitioner, v. JOHN L. FLYNN, a Justice of the Supreme Court of the State of New York, Respondent.— Proceeding dismissed, without costs to either party. No opinion. Concur — Botein, P. J., Breitel, Valente, Steuer and Bastow, JJ.